# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR F. VASQUEZ, | 1:10-cv-01876-JLT PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO AMEND AND MOTION TO FILE |
| v. | SUPPLEMENTAL COMPLAINT AS MOOT |
| TATE, ET AL., | (Docs. 6 & 7) |
| Defendants. | |

Plaintiff Arthur F. Vasquez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 8, 2010. On October 14, 2011, Plaintiff filed two motions which included a motion to amend his complaint and a motion to file a supplemental complaint along with his first amended complaint. (Docs 6, 7, & 8)

At this stage in the proceedings, Plaintiff may amend once as a matter of right without leave of court and his amended complaint was filed upon receipt. Fed. R. Civ. P. 15(a)(1). Accordingly, Plaintiff's motion to amend and motion to file a supplemental complaint are **GRANTED**, and his amended complaint will be screened in due course. 28 U.S.C. § 1915A.

IT IS SO ORDERED.

Dated:  **October 19, 2011**              /s/ **Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

1