UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR F. VASQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TATE, et al.,<br><br>　　　　　Defendant. | 1:10-cv-01876 JLT (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO RESPOND TO ORDER RE CONSENT OR REQUEST FOR REASSIGNMENT<br><br>(Doc. 28)<br><br>30-DAY DEADLINE |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 6, 2014, Defendants Joaquin, Lapham, Bautista, Andreola, and Atarod filed a motion to extend time to respond to the order re consent to magistrate judge jurisdiction or request reassignment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Defendants Joaquin, Lapham, Bautista, Andreola, and Atarod are granted 30 days from the date of service of this order in which to respond to the order re consent or request reassignment.

IT IS SO ORDERED.

　　Dated:  **January 8, 2014**　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1