# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR F. VASQUEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>TATE, et al.,<br><br>            Defendants. | **Case No. 1:10-cv-01876-JLT (PC)**<br><br>**ORDER GRANTING DEFENDANTS' MOTION AND AMENDING THE DISCOVERY AND SCHEDULING ORDER NUNC PRO TUNC**<br><br>**(Docs. 21, 40)**<br><br>Discovery Cut−Off Date−11/01/2014<br>Dispositive Motion Deadline−12/01/2014 |

Plaintiff, Arthur F. Vasquez, is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's claims against: (1) Dr. Scott for inadequate medical care in violation of the Eighth Amendment; (2) Dr. Grimm for inadequate medical care in violation of the Eighth Amendment; (3) Dr. Grimm for failure to treat an immediate medical need in violation of Cal. Gov't Code § 845.6; and (4) against Dr. Joaquin, Dr. Scott, Dr. Grimm, Pharmacist Atarod, Nurse Lapham, Nurse Bautista, and Nurse Andreola on his unenumerated claims of medical malpractice. (*See* Docs. 14, 15, 16.)

Defendants Andreola, Atarod, Bautista, Brian Grimm, A. Joaquin, and Lapham ("Defendants") have been served and appeared in this action. (Doc. 20.) Service of this action on Dr. Scott is in the process of being accomplished.

The discovery and scheduling order issued in this case on November 14, 2013 and set the

1

following deadlines:  Unenumerated Rule 12(b) Motion Deadline − 01/14/2014; Deadline to Amend Pleadings − 12/29/2013; Discovery Cut-Off Date − 04/14/2014; and Dispositive Motion Deadline − 05/15/2014.  (Doc. 21.)  On March 11, 2014, Defendants filed an ex parte application to extend the deadlines for cut-off of discovery and filing of dispositive motions to date approximately 120 days after Dr. Scott appears in this action. (Doc. 40.)  Plaintiff has not filed an opposition to this motion.

      The fact that Dr. Scott is a defendant who has not yet appeared in this action, coupled with the rapidly approaching deadlines for discovery cut-off and filing of dispositive motions provide good cause to grant Defendants' requested extensions.  However, since Dr. Scott has not appeared in this action, 120 days from that appearance cannot be calculated at this time.  In an effort to provide appropriate extensions of these deadlines, the new deadlines, delineated below, have been arrived at in the hope of granting great enough extension of time to allow for Dr. Scott to be served, appear, conduct discovery, and for subsequent filing of dispositive motions if desired.

      Accordingly, it is HEREBY ORDERED nunc pro tunc that:

(1) Defendants motion to extend the discovery cut-off and dispositive motion deadlines, filed March 11, 2014 (Doc. 40), is GRANTED;

(2) the discovery cut-off date of April 14, 2014 is extended to November 1, 2014;

(3) the dispositive[1] motion filing deadline of May 15, 2014 is extended to December 1, 2014; and

(4) further extensions of time will only be allowed upon showing of good cause.

IT IS SO ORDERED.

Dated:   **April 17, 2014**                             **/s/ Jennifer L. Thurston**
                                                                           UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants are advised that motions seeking to assert the failure to exhaust administrative remedies, which are supported by evidence—rather than the deficiency being apparent on the face of the pleading—must be filed pursuant to Fed. R. Civ. P. 56. <u>Albino v. Baca</u>, ___ F.3d___, 2014 WL 1317141 at 4-5 (9th Cir. Apr. 3, 2014)