# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR F. VASQUEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TATE, et al.,<br><br>　　　　　　Defendants. | **Case No.  1:10-cv-01876-JLT (PC)**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION AND AMENDING THE DISCOVERY AND SCHEDULING ORDER NUNC PRO TUNC**<br><br>**(Docs. 21, 43, 50)**<br><br>Discovery Cut−Off Date:  01/09/2015<br>Dispositive Motion Deadline:  02/13/2015 |

　　　　Plaintiff, Arthur F. Vasquez, is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's claims against: (1) Dr. Scott for inadequate medical care in violation of the Eighth Amendment; (2) Dr. Grimm for inadequate medical care in violation of the Eighth Amendment; (3) Dr. Grimm for failure to treat an immediate medical need in violation of Cal. Gov't Code § 845.6; and (4) against Dr. Joaquin, Dr. Scott, Dr. Grimm, Pharmacist Atarod, Nurse Lapham, Nurse Bautista, and Nurse Andreola on his unenumerated claims of medical malpractice.  (*See* Docs. 14, 15, 16.)

　　　　Defendants Andreola, Atarod, Bautista, Brian Grimm, A. Joaquin, and Lapham ("Defendants") have been served and appeared in this action.  (Doc. 20.)  Service of this action on Dr. Scott is in the process of being accomplished.

　　　　The an order amending the discovery and scheduling issued in this case on April 17, 2014

and set the Discovery Cut-Off Date as 11/01/2014 and the Dispositive Motion Deadline as 05/15/2014. (Doc. 43.) On November 5, 2014, Plaintiff filed motion to extend the deadlines for cut-off of discovery and filing of dispositive motions to date by 60 days as the parties have been engaging in settlement negotiations. (Doc. 50.) Defendants have not filed an opposition to this motion.

Plaintiff indicates that, as of their meeting in early September, defense counsel indicated that he would return shortly to review the final details of a possible settlement. However, Plaintiff has yet to hear anything further from defense counsel.

Accordingly, it is HEREBY ORDERED nunc pro tunc that:

(1) Plaintiff's motion to extend the discovery cut-off and dispositive motion deadlines, filed November 5, 2014 (Doc. 50), is GRANTED;

(2) the discovery cut-off date of November 1, 2014 is extended to January 9, 2015;

(3) the dispositive motion filing deadline of December 1, 2014 is extended to February 13, 2015;

(4) within 21 days of the date of service of this order, Defense counsel is ordered to contact Plaintiff to make arrangements for another meeting regarding possible settlement of this matter;

(5) within 25 days of the date of service of this order, Defense counsel is ordered to file a statement with the Court advising when meeting with Plaintiff to discuss settlement will take place and/or whether Court assistance would be beneficial; and

(6) further extensions of time will only be allowed upon showing of good cause.

IT IS SO ORDERED.

Dated:   **November 18, 2014**              /s/ Jennifer L. Thurston
                                                                        UNITED STATES MAGISTRATE JUDGE