# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR F. VASQUEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TATE, et al.,<br><br>　　　　　　Defendants. | **Case No. 1:10-cv-01876-JLT (PC)**<br><br>**ORDER DIRECTING PARTIES TO FILE STATEMENTS REGARDING STATUS OF SETTLEMENT DISCUSSIONS**<br><br>**(Doc. 52)** |

　　　　Plaintiff, Arthur F. Vasquez, is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On December 29, 2014, defense counsel filed a statement indicating that counsel and Plaintiff were engaging in settlement discussions. (Doc. 52.) In that statement, defense counsel indicated that further settlement discussions were scheduled to take place on December 30, 2014 and that counsel would provide an update to the Court following that meeting. (*Id.*)   Accordingly, it is HEREBY ORDERED that, within 21 days of the date of service of this order, all parties are to submit statements advising of the status of their settlement discussions.

IT IS SO ORDERED.

　　Dated:　**January 21, 2015**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE