# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR F. VASQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TATE, et al.,<br><br>    Defendants. | Case No. 1:10-cv-01876-JLT (PC)<br><br>**ORDER DIRECTING PARTIES TO FILE STATEMENTS REGARDING STATUS OF SETTLEMENT DISCUSSIONS**<br><br>**(Doc. 56)** |

On February 11, 2015, the parties filed a joint notice that the matter has been settled in full. (Doc. 56) Pursuant to Local Rule 160, IT IS HEREBY ORDERED:

1. The stipulated request for dismissal SHALL be filed no later than May 8, 2015;

2. All pending dates, conferences and hearings are VACATED and any pending motions are ordered TERMINATED.

IT IS SO ORDERED.

Dated:   **February 17, 2015**                  **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE