UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR F. VASQUEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>TATE, et al.,<br><br>            Defendants. | **Case No.  1:10-cv-01876-JLT (PC)**<br><br>**ORDER AFTER NOTICE OF SETTLEMENT (Doc. 56)**<br><br>**ORDER STRIKING DOC. 57** |

On February 11, 2015, the parties filed a joint notice that the matter has been settled in full. (Doc. 56)  Pursuant to Local Rule 160, IT IS HEREBY ORDERED:

1. The stipulated request for dismissal SHALL be filed no later than May 8, 2015;
2. All pending dates, conferences and hearings are VACATED and any pending motions are ordered TERMINATED;
3. The order issued on February 17, 2015 (Doc. 57) is STRICKEN.

IT IS SO ORDERED.

   Dated:   **February 18, 2015**                       **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE