IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTHUR VASQUEZ,** | Case No. 1:10-cv-01876-JLT (PC) |
| Plaintiff, | **ORDER DISMISSING THE MATTER** |
| v. | (Doc. 56) |
| **TATE, et al.,** | |
| Defendants. | |

Based upon the stipulation[1] of the parties, the matter is **DISMISSED**. The Clerk of the Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

Dated:   **March 18, 2015**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] The stipulation is somewhat ambiguous. However, the notice of settlement clarified that settlement had been achieved as to "all remaining claims in this action." (Doc. 56 at 2)