# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTHUR F. VASQUEZ,**<br><br>       **Plaintiff,**<br><br>   v.<br><br>**TATE, et al.,**<br><br>       **Defendants.** | Case No.  1:10-cv-01876-JLT (PC)<br><br>**AMENDED ORDER DISMISSING THE MATTER WITH PREJUDICE**<br><br>**(Docs. 56, 60, 61)** |

Based upon the stipulation of the parties, the matter is **DISMISSED WITH PREJUDICE**.  The Clerk of the Court has closed this case on prior direction.

IT IS SO ORDERED.

Dated:   **May 4, 2015**                              **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE